```
MAYER BROWN LLP
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ELSPETH V. HANSEN (SBN 292193)
ehansen@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060
```

*Attorneys for Defendant AT&T Mobility LLC*

```
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
MICHAEL W. SOBOL (SBN 194857)
ROGER N. HELLER (SBN 215348)
NICOLE D. SUGNET (SBN 246255)
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
```

*Attorneys for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS A. ROBERTS, KENNETH A. CHEWEY AND ASHLEY M. CHEWEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC,<br><br>Defendant. | Case No. 3:15-cv-03418-EMC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER SETTING DEADLINES FOR PLAINTIFFS TO FILE AMENDED COMPLAINT AND SETTING SCHEDULE FOR BRIEFING RESPONSIVE MOTIONS**<br><br>Complaint Filed: July 24, 2015<br>Judge:             Hon. Edward M. Chen |

Plaintiffs Marcus A. Roberts, Kenneth A. Chewey, and Ashley M. Chewey ("Plaintiffs"), and Defendant AT&T Mobility LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

- 1 -

1  WHEREAS the Complaint in the above-captioned action was filed by Plaintiffs on July
2  24, 2015;

3  WHEREAS the above-captioned action was deemed related to 14-cv-4785-EMC and
4  assigned to this Court on August 6, 2015;

5  WHEREAS Plaintiffs intend to file an amended complaint on September 3, 2015;

6  WHEREAS Plaintiffs' and Defendant's counsel require additional time beyond the dates
7  provided by the Federal Rules of Civil Procedure and the Local Rules of the Northern District of
8  California to brief Defendant's anticipated motion to compel arbitration in response to Plaintiffs'
9  Amended Complaint;

10  THEREFORE, the Parties jointly request that the Court set the following schedule for
11  filing the Amended Complaint and briefing the motion to compel arbitration:

12

| | |
|---|---|
| Deadline for Plaintiffs to file an Amended Complaint | September 3, 2015 |
| Deadline for Defendant to answer or otherwise respond to the Amended Complaint, including by moving to compel arbitration | November 2, 2015 |
| Deadline for Plaintiffs to file an Opposition to any responsive motion filed by Defendant (such as a motion to compel arbitration) | January 4, 2016 |
| Deadline for Defendant to file a reply in support of any responsive motion filed by Defendant (such as a motion to compel arbitration) | February 3, 2016 |

24  IT IS SO STIPULATED.

25  Dated: September 2, 2015                    Respectfully submitted,

26                                              MAYER BROWN LLP

27

28

- 2 -
JOINT STIPULATION AND [PROPOSED] ORDER SETTING DEADLINES FOR PLAINTIFFS TO FILE
AMENDED COMPLAINT AND SETTING SCHEDULE FOR BRIEFING RESPONSIVE MOTIONS
Case No. 3:15-cv-03418-EMC

By: s/Donald M. Falk

DONALD M. FALK
*Attorneys for Defendant AT&T Mobility LLC*

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: s/Nicole D. Sugnet

NICOLE D. SUGNET
*Attorneys for Plaintiffs and the Proposed Class*

*Pursuant to Civil Local Rule 5-1(i)(3), I, Donald M. Falk, attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.*

s/Donald M. Falk
Donald M. Falk

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/3/15

HON. EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*United States District Court, Northern District of California*
- 3 -
JOINT STIPULATION AND [PROPOSED] ORDER SETTING DEADLINES FOR PLAINTIFFS TO FILE
AMENDED COMPLAINT AND SETTING SCHEDULE FOR BRIEFING RESPONSIVE MOTIONS
Case No. 3:15-cv-03418-EMC