UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS A. ROBERTS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AT&T MOBILITY LLC,<br><br>　　　　　Defendant. | Case No. 15-cv-03418-EMC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>Docket No. 54 |

Plaintiffs have moved for leave to file a motion for reconsideration with respect to the Court's order compelling arbitration. *See* Docket No. 50 (order). Plaintiffs have, in essence, asked the Court to reconsider its views regarding *Denver Area Educational Telecommunications Consortium, Inc. v. Federal Communications Commission*, 518 U.S. 727 (1996). The Court hereby **GRANTS** Plaintiffs leave to file a motion for reconsideration on this limited subject. The Court also deems Plaintiffs' brief, located at Docket No. 54, its motion for reconsideration. AT&T shall file a brief in opposition to the motion for reconsideration within one week of the date of this order. There shall be no reply. There shall be no hearing on the motion for reconsideration absent further order of the Court.

　　**IT IS SO ORDERED**.

Dated: April 4, 2016

_____
EDWARD M. CHEN
United States District Judge