MAYER BROWN LLP
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ELSPETH HANSEN (SBN 292193)
elspeth.hansen@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

ARCHIS A. PARASHARAMI (*pro hac vice*)
aparasharami@mayerbrown.com
KEVIN RANLETT (*pro hac vice*)
kranlett@mayerbrown.com
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

Attorneys for AT&T Mobility LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS A. ROBERTS, KENNETH A. CHEWEY, ASHLEY M. CHEWEY, AND JAMES KRENN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC,<br><br>Defendant. | Case No. 3:15-cv-03418-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION UNTIL APRIL 18, 2016**<br><br>Honorable Edward M. Chen |

Defendant AT&T Mobility LLC ("AT&T") and Plaintiffs Marcus A. Roberts, Kenneth A. Chewey, and Ashley M. Chewey hereby stipulate as follows:

1. On February 29, 2016, the Court entered an order compelling arbitration of Plaintiffs' claims and staying the action pending the outcome pursuant to 9 U.S.C. § 3. Dkt. No. 50.

2. On March 21, 2016, Plaintiffs filed a motion for leave under Civil Local Rule 7-9 to file a motion for reconsideration of the order compelling arbitration. Dkt. No. 54.

3. On April 4, 2016, the Court entered an order granting leave and directing AT&T to "file a brief in opposition to the motion for reconsideration within one week of the date of this order"—*i.e.*, by April 11, 2016. Dkt. No. 55.

4. The parties stipulate to a one-week extension of AT&T's deadline to file its opposition, through and including April 18, 2016.

5. As explained in the supporting Declaration of Kevin Ranlett, there is good cause for the requested extension. Under the current schedule, AT&T's opposition brief would be due April 11, 2016. But AT&T's outside counsel at Mayer Brown LLP will be traveling from April 6-10, 2016, and the AT&T in-house attorney who is responsible for this litigation is taking a long-planned vacation starting on April 8, 2016. Thus, the requested extension is necessary in order to permit AT&T's outside counsel adequate time to prepare—and AT&T's in-house counsel to review—the opposition brief.

6. The proposed one-week extension would cause no harm or prejudice to any party and would not have any other effect on the schedule for this case. Indeed, the case currently is stayed pending the outcome of arbitration. Dkt. No. 50 at 13 ("[T]he Court stays this action pending the resolution of the arbitration.").

Dated: April 4, 2016             MAYER BROWN LLP

        /s/ Donald M. Falk
       DONALD M. FALK
       *Attorney for Defendant AT&T Mobility LLC*

       LIEFF CABRASER HEIMANN&
       BERNSTEIN, LLP

        /s/ Michael Sobol
       MICHAEL SOBOL
       *Attorney for Plaintiffs and the Proposed Class*

*Pursuant to Civil Local Rule 5-1(i)(3), I, Donald M. Falk, attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.*

        /s/ Donald M. Falk
       DONALD M. FALK

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 5, 2016

HON. EDWARD M. CHEN

*IT IS SO ORDERED*
Judge Edward M. Chen
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)