MAYER BROWN LLP
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ELSPETH HANSEN (SBN 292193)
elspeth.hansen@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

ARCHIS A. PARASHARAMI (*pro hac vice*)
aparasharami@mayerbrown.com
KEVIN RANLETT (*pro hac vice*)
kranlett@mayerbrown.com
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

Attorneys for AT&T Mobility LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCUS A. ROBERTS, KENNETH A. CHEWEY, ASHLEY M. CHEWEY, AND JAMES KRENN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC,<br><br>Defendant. | Case No. 3:15-cv-03418-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER STAYING NOVEMBER 22, 2016 CASE MANAGEMENT CONFERENCE**<br><br>Honorable Edward M. Chen |

1    Plaintiffs Marcus A. Roberts, Kenneth A. Chewey, and Ashley M. Chewey and Defendant
2  AT&T Mobility LLC ("AT&T") hereby stipulate as follows:
3    1.    On October 28, 2016, the Court clerk entered a notice scheduling the initial case
4  management conference for November 22, 2016 at 9:30 a.m. and setting a November 15, 2016
5  deadline for the case management statement. Dkt. No. 72.
6    2.    However, this action is currently stayed. On April 27, 2016, the Court entered an
7  order "grant[ing] AT&T's motion to compel arbitration" and "stay[ing] this action pending the
8  resolution of the arbitration." Dkt. No. 60, at 18. Plaintiffs' appeal of that order is currently
9  pending, and has been assigned case number 16-80090 by the Ninth Circuit.
10   3.    Because the action has been stayed, the parties respectfully submit that there is
11 good cause to remove the case management conference from the calendar and stay the parties'
12 obligation to submit a case management statement.

Dated: November 11, 2016            MAYER BROWN LLP

  /s/ Donald M. Falk
DONALD M. FALK
*Attorney for Defendant AT&T Mobility LLC*

LIEFF CABRASER HEIMANN&
BERNSTEIN, LLP

  /s/ Michael Sobol
MICHAEL SOBOL
*Attorney for Plaintiffs and the Proposed Class*

*Pursuant to Civil Local Rule 5-1(i)(3), I, Donald M. Falk, attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.*

  /s/ Donald M. Falk
DONALD M. FALK

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The CMC is reset from 11/22/16 to 3/23/17 at 9:30 a.m. An update joint CMC statement shall be filed by 3/16/17.

Dated: 11/15/2016

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

EDWARD M. CHEN
District Judge