Michael W. Sobol (State Bar No. 194857)
Roger N. Heller (State Bar No. 215348)
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
msobol@lchb.com
rheller@lchb.com

Alexander H. Schmidt (*admitted pro hac vice*)
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4677

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS A. ROBERTS, KENNETH A. CHEWEY, ASHLEY M. CHEWEY, AND JAMES KRENN, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC,<br><br>　　　　　Defendant. | Case No. 3:15-cv-3418-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Edward M. Chen |

Plaintiffs Marcus A. Roberts, Kenneth A. Chewey, and Ashley M. Chewey ("Plaintiffs") and Defendant AT&T Mobility LLC ("AT&T") hereby stipulate and respectfully request that the Case Management Conference scheduled in this matter for March 23, 2017 be vacated and rescheduled as set forth below, for the reasons set forth herein:

1. A Case Management Conference is currently scheduled in this matter for March 23, 2017, at 9:30 a.m., with an updated Joint Case Management Conference Statement due by March 16, 2017. (Docket No. 75).

2. This action is currently stayed and on appeal. On April 27, 2016, the Court entered an order "grant[ing] AT&T's motion to compel arbitration" and "stay[ing] this action pending the resolution of the arbitration." (Docket No. 60). On June 27, 2016, the Court granted Plaintiffs' motion to certify for interlocutory appeal the Court's arbitration order. (Docket No. 69). On October 20, 2016, the Court of Appeals granted Plaintiffs permission to appeal pursuant to 28 U.S.C. § 1292(b). (Docket No. 77-1). Briefing on Plaintiffs' appeal is underway. There is currently no date set for oral argument on Plaintiffs' appeal.

3. Given the current procedural posture—*i.e.*, the stay and pending appeal—the parties respectfully jointly request that the Case Management Conference currently scheduled for March 23, 2017 be vacated, with the parties ordered to submit, within ten (10) days following the resolution of Plaintiffs' pending appeal, a joint status report and request for further status conference.

**IT IS SO STIPULATED.**

Dated: March 10, 2017                   LIEFF CABRASER HEIMANN & BERNSTEIN LLP

                                       By: /s/ Roger N. Heller
                                            Roger N. Heller
                                            Attorneys for Plaintiffs and the Proposed Class

Dated: March 10, 2017	MAYER BROWN LLP

By: /s/ Donald M. Falk
Donald M. Falk
Attorneys for Defendant
AT&T Mobility LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED. The CMC is reset for 12/14/17.  An updated joint cmc statement shall be filed by 12/7/17.

Date: __3/13__, 2017

EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

### SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing document.  In compliance with General Order 45, I hereby attest that the signatories indicated above via a conformed signature have concurred in this filing.

By:  */s/ Roger N. Heller*

1341777.1