MAYER BROWN LLP
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ELSPETH HANSEN (SBN 292193)
elspeth.hansen@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

ARCHIS A. PARASHARAMI (*pro hac vice*)
aparasharami@mayerbrown.com
KEVIN RANLETT (*pro hac vice*)
kranlett@mayerbrown.com
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

Attorneys for AT&T Mobility LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS A. ROBERTS, KENNETH A. CHEWEY, ASHLEY M. CHEWEY, AND JAMES KRENN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC,<br><br>Defendant. | Case No. 3:15-cv-03418-EMC<br><br>**CORRECTED JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DECEMBER 14, 2017 CASE MANAGEMENT CONFERENCE**<br><br>Honorable Edward M. Chen |

| | |
|---|---|
|1| Plaintiffs Marcus A. Roberts, Kenneth A. Chewey, and Ashley M. Chewey and Defendant |
|2| AT&T Mobility LLC ("AT&T") hereby stipulate and request as follows: |
|3|     1.    On March 13, 2017, the Court entered an order scheduling a case management |
|4| conference in this matter for December 14, 2017 at 9:30 a.m. and setting a December 7, 2017 |
|5| deadline for the parties to file a joint case management statement. Dkt. No. 79. |
|6|     2.    This action is currently stayed. On April 27, 2016, the Court entered an order |
|7| "grant[ing] AT&T's motion to compel arbitration" and "stay[ing] this action pending the |
|8| resolution of the arbitration." Dkt. No. 60, at 18. Plaintiffs' appeal of that order, which the |
|9| Ninth Circuit assigned case number 16-16915, is currently pending and was argued on October |
|10| 17, 2017. |
|11|     3.    Because the action has been stayed and Plaintiffs' appeal of the Court's |
|12| arbitration order remains pending, the parties respectfully request that the Court: (a) continue the |
|13| case management conference currently scheduled for December 14, 2017; and (b) direct the |
|14| parties to submit a joint status report within fourteen (14) days after the Court of Appeals rules |
|15| on Plaintiffs' pending appeal. |

Dated: December 4, 2017

MAYER BROWN LLP

 /s/ Donald M. Falk_____
DONALD M. FALK
*Attorney for Defendant AT&T Mobility LLC*

LIEFF CABRASER HEIMANN&
BERNSTEIN, LLP

 /s/ Michael Sobol_____
MICHAEL SOBOL
*Attorney for Plaintiffs and the Proposed Class*

*Pursuant to Civil Local Rule 5-1(i)(3), I, Donald M. Falk, attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.*

 /s/ Donald M. Falk_____
DONALD M. FALK

1

CORRECTED JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DECEMBER 14, 2017
CASE MANAGEMENT CONFERENCE; CASE NO. 3:15-cv-03418-EMC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The further CMC is reset to 3/1/18 at 10:30 a.m.

Dated: 12/6/17

_____
HON. EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*