# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 13, 2018

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Marcus A. Roberts, et al.
            v. AT&T Mobility LLC
           No. 17-1287
           (Your No. 16-16915)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on March 9, 2018 and placed on the docket March 13, 2018 as No. 17-1287.

Sincerely,

**Scott S. Harris**, Clerk

by

Michael Duggan
Case Analyst