| | |
|---|---|
| MAYER BROWN LLP<br>DONALD M. FALK (SBN 150256)<br>dfalk@mayerbrown.com<br>ELSPETH HANSEN (SBN 292193)<br>elspeth.hansen@mayerbrown.com<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306-2112<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br><br>ANDREW J. PINCUS (*pro hac vice*)<br>apincus@mayerbrown.com<br>ARCHIS A. PARASHARAMI (*pro hac vice*)<br>aparasharami@mayerbrown.com<br>KEVIN RANLETT (*pro hac vice*)<br>kranlett@mayerbrown.com<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300<br><br>Attorneys for AT&T Mobility LLC | Michael W. Sobol (State Bar No. 194857)<br>msobol@lchb.com<br>Roger N. Heller (State Bar No. 215348)<br>rheller@lchb.com<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>Attorneys for Plaintiffs and the Proposed Class |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCUS A. ROBERTS, KENNETH A. CHEWEY, ASHLEY M. CHEWEY, AND JAMES KRENN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC,<br><br>Defendant. | Case No. 3:15-cv-03418-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: April 17, 2018<br>Time: 10:30 am<br>Judge: Hon. Edward M. Chen |

1 | WHEREAS, a further Case Management Conference is scheduled in this case for April 17, 2018 at 10:30 am;

2 | WHEREAS, counsel for Plaintiffs now have a conflict and are not available at the time scheduled for the Case Management Conference;

3 | WHEREAS, the parties have conferred and respectfully request that the Court continue the Case Management Conference from April 17, 2018 until May 10, 2018 at 10:30 a.m., with the parties to file a Joint Case Management Conference Statement by May 1, 2018;

4 | WHEREAS, there is also a further Case Management Conference scheduled in this Court for April 17, 2018 at 10:30 am, in *Federal Trade Commission v. AT&T Mobility LLC,* Case No. 3:14-cv-04785-EMC (the "FTC Action"); and

5 | WHEREAS, to the extent the Court prefers to hold the Case Management Conference in this case at the same time as the Case Management Conference in the FTC Action, counsel has checked and can represent that counsel for the parties in the FTC Action are currently available on May 10, 2018.

THEREFORE, Plaintiffs and Defendant hereby stipulate and respectfully request that the Case Management Conference currently scheduled in this case for April 17, 2018 be continued to May 10, 2018 at 10:30am, with the parties to file a Joint Case Management Conference Statement by May 1, 2018.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: April 10, 2018 | | MAYER BROWN LLP |
| | | /s/ Archis A. Parasharami |
| | | ANDREW J. PINCUS (*pro hac vice*)<br>apincus@mayerbrown.com<br>ARCHIS A. PARASHARAMI (*pro hac vice*)<br>aparasharami@mayerbrown.com<br>KEVIN RANLETT (*pro hac vice*)<br>kranlett@mayerbrown.com<br>1999 K Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300 |
| | | *Attorneys for Defendant AT&T Mobility LLC* |
| Dated: April 10, 2018 | | |
| | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | | /s/ Roger N. Heller<br>Michael W. Sobol (State Bar No. 194857)<br>Roger N. Heller (State Bar No. 215348)<br>275 Battery Street, 29th Floor'<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |
| | | Alexander H. Schmidt, Esq.<br>*Attorneys for Plaintiffs and the Proposed Class* |

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned attests under penalty of perjury that concurrence in the filing of this document has been obtained from all signatures.

/s/ Roger N. Heller

1 **[~~PROP~~OSED] ORDER**

Pursuant to the parties' stipulation, the undersigned hereby ORDERS that the Case Management Conference scheduled in this case for April 17, 2018, is continued until May 10, 2018 at 10:30am. The parties shall file a Joint Case Management Conference Statement by May 1, 2018.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 4/10/18

Hon. Edward M. Chen
UNITED STATES DISTRICT JUDGE



1539123.1