# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** August 22, 2019  **Time:** 10:55 – 10:59 = 4 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 15-cv-03418-EMC  **Case Name:** Roberts v. AT&T Mobility LLC

**Attorney for Plaintiff:** Roger Heller
**Attorney for Defendant:** Elspeth Hansen

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Not Reported

## PROCEEDINGS

Further Case Management Conference held.

## SUMMARY

Parties stated appearances.

Case stayed at appellate level. Petition for *en banc* pending. Stay continues. Limited discovery appears complete.

ADR: At present, parties do not see need for ADR/settlement resolution. However, if circumstances change, Court encouraged the parties to seek court-sponsored ADR or settlement conference.

Further Case Management Conference set 1/2/2020 at 10:30 a.m. Joint Case Management Conference Statement due 12/26/2019.