```
                                              FILED
         UNITED STATES COURT OF APPEALS
                                           FEB 18 2020
              FOR THE NINTH CIRCUIT        MOLLY C. DWYER, CLERK
                                            U.S. COURT OF APPEALS
```

| | |
|---|---|
| MARCUS A. ROBERTS; et al., | No.  18-15593 |
| Plaintiffs-Appellees, | D.C. No. 3:15-cv-03418-EMC<br>Northern District of California, |
| v. | San Francisco |
| AT&T MOBILITY LLC, | ORDER |
| Defendant-Appellant. | |

Before:  D.W. NELSON, FERNANDEZ, and BEA, Circuit Judges.

This case is hereby resubmitted effective February 18, 2020.