1
2
3
4
5
6

Michael W. Sobol (SBN 194857)
msobol@lchb.com
Roger N. Heller (SBN 215348)
rheller@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

7

*Settlement Class Counsel*

8

(additional counsel listed on signature page)

9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

**SAN FRANCISCO DIVISION**

12
13
14
15
16
17
18
19
20

MARCUS A. ROBERTS, KENNETH A.
CHEWEY, AND ASHLEY M. CHEWEY, on
behalf of themselves and all others similarly
situated,

                Plaintiffs,

v.

AT&T MOBILITY LLC,


                                Defendant.

Case No. 3:15-cv-03418-EMC

**PLAINTIFF'S REPLY IN SUPPORT OF
MOTION FOR FINAL APPROVAL OF
CLASS SETTLEMENT**

Date:    August 19, 2021
Time:    1:30 p.m.
Judge:  Hon. Edward M. Chen
Courtroom:    5

21
22
23
24
25
26
27
28

2278905.3

**I.      Introduction**

Plaintiffs respectfully submit this reply memorandum in further support of their Motion for Final Approval of Class Settlement (Dkt. 208) and Motion for Award of Attorneys' Fees and Expenses and for Service Awards (Dkt. 209).  The primary purpose of this filing is to update the Court that:

- The notice program directed by the Court—which included direct notice to the Settlement Class Members, a targeted social media notice campaign, two rounds of reminder email notice, one round of reminder SMS notice, and the establishment of a Settlement Website and informational Toll-Free Number—has been fully implemented;

- The July 14, 2021 deadline for Settlement Class Members to object or opt-out has passed, **no objections** were submitted, and **only 35 persons requested to be excluded**; and

- More than 180,790 claims[1] for Group B payments have been submitted (in addition to the more than 740,000 Group A payments that will be made without the need to submit a claim), with more than a week remaining until the August 13, 2021 Claim Deadline.

The extremely positive response from the Settlement Class further supports the reasonableness of the Settlement.  Plaintiffs respectfully request that the Court grant final approval of the Settlement, and grant the motion for attorneys' fees, expenses, and service awards.

**II.     The Notice Program Has Been Fully Implemented**

The notice program approved and directed by the Court's Preliminary Approval Order (Dkt. 205, ¶¶ 11-25), has been fully implemented.  As set forth in the Declaration (Dkt. 208-1) and Supplemental Declaration (filed herewith; "Supp. Platt Decl.") of Steven Platt of Angeion Group, LLC, the notice has included:

- Direct notice to the Settlement Class Members via a combination of email, mail, and SMS notice.  In all, over 95% of the Settlement Class was successfully sent direct notice via one or more of these methods.  Supp. Platt Decl., ¶¶ 5-9.

- A targeted social media notice campaign, including: (a) a custom Facebook campaign whereby additional notice was provided directly via Facebook to Group B Accounts with identifiable

---

[1] This is the total number of submitted claims as of August 2, 2021.  The Settlement Administrator's claim validation/de-duplication process is ongoing.

Facebook accounts; and (b) a supplemental interest-based Facebook and Instagram campaign. Supp. Platt Decl., ¶¶ 12-13; Dkt. 204-2 (Supp. Weisbrot Decl.), ¶¶ 11-19.

- Two rounds of reminder email notices, and one round of reminder SMS notices, sent to Settlement Class Members with Group B accounts, reminding them to submit a claim and of the claim deadline.  Supp. Platt Decl., ¶¶ 10-11.

- The establishment of a dedicated Settlement Website where Settlement Class Members can submit online claims and get additional information, and a dedicated Toll-Free Number where Settlement Class Members can get additional information.  Supp. Platt Decl., ¶¶ 14-17.

### III.   The Overwhelmingly Positive Reaction of the Class Strongly Supports Granting Final Approval of the Settlement.

Plaintiffs' final approval motion included a full analysis of the relevant Ninth Circuit and Rule 23(e)(2) factors and how they apply here, all of which strongly support granting final approval of the Settlement.  Dkt. 208 at 13-20; *Churchill Village, LLC v. Gen. Elec.,* 361 F.3d 566, 575 (9th Cir. 2004); Fed. R. Civ. P. 23(e)(2).  Plaintiffs' moving papers noted that one of the Ninth Circuit factors—the reaction of the class—could only be fully evaluated at the conclusion of the opt-out and objection period and claims period.

The deadline for Settlement Class Members to opt-out or object (July 14, 2021) has now passed.  Plaintiffs are pleased to report that the reaction of the Settlement Class was very positive. The Settlement Class includes more than 1.5 million accounts in all.[2]  There were **no objections submitted**, and **only 35 persons requested to be excluded** from the Settlement Class.[3]  By contrast, as of August 2, 2021, a total of 180,790 claims for Group B payments had already been submitted (in addition to the more than 740,000 Group A payments that will be made without the need to submit a claim), with more than a week still remaining until the August 13, 2021 Claim Deadline.[4]

---

[2] There are approximately 1,560,548 total Settlement Class accounts, including approximately 741,501 Group A accounts and approximately 1,278,335 Group B accounts, with an overlap of approximately 459,288 accounts that are in both Groups. Dkt. 208-1, ¶ 5.
[3] Supp. Platt Decl., ¶¶ 19-20.
[4] Supp. Platt Decl., ¶ 18.  The validation/de-duplication process for submitted claims is still ongoing.  Based on the current Group B claims and the projected validated claims (after de-duplication and removal of invalid claims), it is estimated that the Group A Payment amount will be approximately $9.00-$9.50 and the Group B Payment amount will be approximately $12.00-$12.50 (Settlement Class accounts in both Groups that submit a timely claim for a Group B payment will

1
2
3
4
5
6

The lack of any objections and very low number of opt-outs strongly support the conclusion that the Settlement is fair, reasonable, and adequate, and should be approved.  *See Lewis v. Wendy's Int'l, Inc.*, No. 09-07193 MMM (JCX), 2011 WL 13176648, at *8 (C.D. Cal. June 30, 2011) ("The comparatively low number of opt-outs and the lack of objections suggests that class members generally favor the proposed settlement and find it fair."); *Churchill Vill.*, 361 F.3d at 577 (upholding approval of class settlement with 45 objections and 500 opt-outs).

7
8
9

Notice was also issued to the relevant governmental agencies pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715.[5]  No governmental entity has raised any objections or concerns about the Settlement, further supporting granting final approval.

10
11

**IV.    The Lack of Any Objections Also Supports Approving the Requested Attorneys' Fees, Expenses, and Service Awards.**

12
13
14
15
16
17
18
19
20

As discussed in Settlement Class Counsel's fee application (Dkt. 209), the requested attorneys' fees, expenses, and service awards are reasonable under applicable standards and well-justified by the circumstances of this case.  The lack of any objections to the requested fees, expenses, and service awards—the amounts of which were stated in the class notice—further supports the propriety of those requests.  *See In re Heritage Bond Litig.*, No. 02-ML-1475 DT, 2005 WL 1594389, *15-16 (C.D. Cal. Jun. 10, 2005) (stating that "[t]he presence or absence of objections from the class is…a factor in determining the proper fee award," and approving requested fee where the number of objections to the fee was "remarkably small given the wide dissemination of notice").

21

**V.    Conclusion**

22
23
24

For the foregoing reasons, and for the reasons set forth in their moving papers (Dkt. 208, 209), Plaintiffs respectfully request that the Court grant final approval of the Settlement and award the requested attorneys' fees, expenses, and service awards.

25
26
27
28

receive both payments), and that the total aggregate payments for Groups A and B, respectively, will be approximately between $6.6 million - $6.9 million (Group A) and between $1.5 million - $1.8 million (Group B).  For the reasons discussed in Plaintiffs' final approval motion, these amounts are fair and reasonable given, *inter alia*: (a) the throttling/"deprioritization" was more severe during the pre-CAT time period (Group A) than during the CAT time period (Group B); and (b) the partial payments for pre-CAT throttling (Group A) already received via the stipulated judgment in the related FTC Action.  *See* Dkt. 208 at 6-7, 19.
[5] Dkt. 208-1, ¶ 9, Ex. 1.

PLAINTIFFS' REPLY ISO MOTION
FOR FINAL APPROVAL OF CLASS SETTLEMENT
CASE NO. 3:15-CV-03418-EMC

1  Dated: August 5, 2021                    Respectfully submitted,

2                                           LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

3                                           By: */s/ Roger N. Heller*
                                                Roger N. Heller (SBN 215348)
4                                               Michael W. Sobol (SBN 194857)
                                                275 Battery Street, 29th Floor
5                                               San Francisco, CA 94111-3339
                                                Telephone: 415.956.1000
6                                               Facsimile: 415.956.1008

7                                               Alexander H. Schmidt, Esq.
                                                Fairways Professional Plaza
8                                               5 Professional Circle, Ste. 204
                                                Colts Neck, New Jersey 07722
9                                               Telephone: (732) 226-0004

10                                              D. Anthony Mastando
                                                Eric J. Artrip
11                                              MASTANDO & ARTRIP, LLC
                                                301 Washington St., Suite 302
12                                              Huntsville, AL 35801
                                                Telephone: (256) 532-2222
13
                                                Daniel M. Hattis (SBN 232141)
14                                              HATTIS LAW
                                                Post Office Box 1645
15                                              Bellevue, Washington 98009-1645
                                                Telephone: (650) 980-1990
16                                              Facsimile: (425) 412-7171

17                                              John A. Yanchunis
                                                Jean Martin
18                                              MORGAN & MORGAN
                                                201 North Franklin Street
19                                              7th Floor
                                                Tampa, Florida 33602
20                                              Telephone: (813) 275-5272

21                                           *Settlement Class Counsel*

22

23

24

25

26

27

28

2278905.3

- 1 -

PLAINTIFFS' REPLY ISO MOTION
FOR FINAL APPROVAL OF CLASS SETTLEMENT
CASE NO. 3:15-CV-03418-EMC